NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ABBOTT GMBH & CO. KG,**
*Petitioner-Appellee,*

v.

**YEDA RESEARCH AND DEVELOPMENT CO., LTD.,**
*Defendant-Appellant.*

---

2010-1444

---

Appeal from the United States District Court for the District of Columbia in 00-CV-1720, Judge Ricardo M. Urbina.

---

## ON MOTION

---

Before PROST, MAYER, and MOORE, *Circuit Judges.*

MOORE, *Circuit Judge.*

## ORDER

Abbott GmbH & Co., KG moves to dismiss Yeda Research and Development Co., Ltd.'s appeal for failure to prosecute and for lack of jurisdiction.  Yeda opposes in

part. Yeda moves to withdraw its appeal without prejudice. Abbott opposes. Yeda replies.

Yeda failed to file its brief by the brief due date. Yeda does not contest that it did not file a brief. Yeda also agrees that its notice of appeal should be dismissed because it seeks review of a nonfinal order of the United States District Court for the District of Columbia. Yeda requests that this court designate any dismissal as being without prejudice "in an abundance of caution." This court does not ordinarily designate appeals as being dismissed with or without prejudice. We see no reason to do so here.

Accordingly,

IT IS ORDERED THAT:

(1) Yeda's motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

(3) All other pending motions are denied as moot.

FOR THE COURT

MAR 0 4 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: James R. Ferguson, Esq.
Roger L. Browdy, Esq.

Issued As A Mandate: MAR 0 4 2011

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 4 2011

JAN HORBALY
CLERK